**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. f/k/a The Bank of New York Trust Company N.A., as successor-in-interest to JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase Bank as Trustee for MASTR Alternative Loan Trust 2003-5, Mortgage Pass-Through Certificates, Series 2003-5,<br><br>    Plaintiff,<br><br>        v.<br><br>ADA WINTER, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:13-CV-942<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 17th day of April, 2013, **IT IS HEREBY ORDERED** that Plaintiff is given leave to file an amended complaint within twenty-one (21) days from the date of this order. If Plaintiff fails to do so, the action will be dismissed.

                                          /s/ A. Richard Caputo
                                          A. Richard Caputo
                                          United States District Judge